**STATE of Missouri, Respondent,**

v.

**Bill BACHMAN, Appellant.**

**No. WD 46131.**

Missouri Court of Appeals,
Western District.

April 20, 1993.

Gary E. Brotherton, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

## ORDER

PER CURIAM.

Bill Bachman appeals from a judgment finding him guilty of two counts of sodomy in violation of § 566.060, RSMo 1986 following a jury trial on March 31, 1992.

Bachman was sentenced to two consecutive fifteen year terms of imprisonment.

Judgment is affirmed.